AO91 (Rev. 12/03)  Criminal Complaint                                                                                           AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**             **CRIMINAL COMPLAINT**
vs.

Ibrahim LNU                                                Case Number: 1:19-po-438
A201 526 352  Bangladesh

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  January 12, 2019  in  Cameron  County, in the  Southern District Of Texas  defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title  8  United States Code, Section(s)  1325(a)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on January 12, 2019. The defendant is a citizen of Bangladesh who entered the United States illegally by wading across the Rio Grande River near Brownsville, Texas on January 12, 2019 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

/S/ Ramirez3, Jesus M.  Border Patrol Agent
Signature of Complainant

Ramirez3, Jesus M.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 13, 2019                                       at       Brownsville, Texas
Date                                                              City/State

Ronald Morgan            U.S. Magistrate Judge
Name of Judge            Title of Judge                    Signature of Judge